**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAFAEL BARCENAS, | No. 11-73588 |
| Petitioner, | Agency No. A099-021-448 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 12, 2013[**]

Before:    PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

Rafael Barcenas, a native and citizen of Mexico, petitions pro se for review

from the Board of Immigration Appeals' ("BIA") order dismissing his appeal from

an immigration judge's ("IJ") removal order.  Our jurisdiction is governed by 8

U.S.C. § 1252.  We review de novo questions of law.  *Mohammed v. Gonzales*, 400

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

F.3d 785, 791-92 (9th Cir. 2005). We deny in part and dismiss in part the petition for review.

In his opening brief, Barcenas fails to address, and therefore has waived any challenge to, the BIA's determination that he is ineligible for adjustment of status, cancellation of removal, asylum, withholding, and relief under the Convention Against Torture. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues that are not specifically raised and argued in a party's opening brief are waived).

We lack jurisdiction to review Barcenas' contention that the IJ abused his discretion and violated due process by denying Barcenas' request for a continuance because he failed to raise that issue before the BIA and thereby failed to exhaust his administrative remedies. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004) (this court lacks jurisdiction to review contentions not raised before the agency).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**